WILLIAM CHINN, APPELLANT, v. ATLANTIC CITY, RESPONDENT.

Argued November 30, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 399.

For the appellant, *Bourgeois & Coulomb.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.

---

WILLIAM CHINN, APPELLANT, v. ATLANTIC CITY, RESPONDENT.

Argued November 30, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 399.

For the appellant, *Bourgeois & Coulomb.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.

---

THE CLINTON AMUSEMENT AND IMPROVEMENT COMPANY, PLAINTIFF-RESPONDENT, v. HARRY DRANOW AND ISADORE LEICHTER, DEFENDANTS-APPELLANTS.

Submitted December 2, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"This case was tried in the Second District Court of Jersey City before Judge Blair on October 9th, 1914, and a judgment was given for the plaintiff and against the defendants for the sum of $250. The suit was based upon a promissory note made by the defendants to the plaintiff and payable one month after date for $250. There was a notice of recoupment for damages for $3,000. The facts, out of which the suit grew, were as follows: An agreement was made dated March 26th, 1914, between the plaintiff and the defendants, whereby plaintiff agreed to turn over to defendants the management and operation of the Bergen Airdrome during the summer of 1914, and defendants agreed to pay $1,850. The defendants paid the first installment of $250 and took pos-